AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D. | Federal Judicial Center | 06/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Federal Judicial Center
One Columbus Circle, N.E.
Washington, DC 20002-8003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/30/81 | California Judicial Retirement System: entitled to receive approximately 61% of the current salary of a California Superior Court Judge |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | California Judicial Retirement System | $105,748.98 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Lawyer Media | February 2-4 | New York, NY | Panelist at conference | Transportation and lodging |
| 2. | Regional Dialogue (NGO) | May 30-June 6 | Tashkent, Uzbekistan | Technical assistance to Uzbek judiciary | Transportation, meals and lodging |
| 3. | Federal Circuit Bar Association | June 26-27 | Dana Point, CA | Panelist at conference | Transportation, meals and lodging |
| 4. | American Bar Association | June 30-July 1 | Chicago, IL | Meeting of Commission on Future of Legal Services | Transportation, meals and lodging |
| 5. | American Antitrust Institute/ Stanford University | August 27-29 | Stanford, CA | Faculty member at educational program | Transportation, meals and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley brokerage account (assets listed below) (x) | | | | | | | | | |
| 2. --Vanguard Consumer Dsc ETF (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 3. --Vanguard Financials ETF (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 4. --Vanguard Small Cap ETF (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 5. --Vanguard Mid-Cap ETF (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 6. --IShares S&P 500 Growth ETF (x) | A | Dividend | L | T | Buy | 10/28/15 | L | | |
| 7. --IShares S&P 500 Value ETF (x) | A | Dividend | M | T | Buy | 10/28/15 | M | | |
| 8. --IShares Select Dividend ETF (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 9. --Vanguard FTSE Developed Mkts E (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 10. --Vanguard FTSE Emerging Markets (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 11. --IShares Nat Amt-Fre Mun Bd ETF (x) | A | Dividend | L | T | Buy | 10/28/15 | L | | |
| 12. --Wisdomtree Trust Japn Hedge EQ (x) | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 13. --IShares Interim Credit Bd ETF (x) | A | Dividend | L | T | Buy | 10/28/15 | L | | |
| 14. --E V ADV Floating Rate I (x) | A | Dividend | L | T | Buy | 10/28/15 | L | | |
| 15. --Western Asset Muni High Inc I (x) | A | Dividend | L | T | Buy | 10/28/15 | L | | |
| 16. --Morgan Stanley Bank | A | Interest | J | T | Open | 10/20/15 | O | | |
| 17. Fidelity Investments (assets listed below) (see part VIII) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity California Muni Money Mkt | A | Interest | | | Merged (with line 16) | 10/22/15 | J | | |
| 19. --Federated High Yield Trust | B | Dividend | | | Sold | 10/22/15 | K | A | |
| 20. --Fidelity Strategic Income | A | Dividend | | | Sold | 10/28/15 | K | A | |
| 21. --Nuveen California High Yield Muni Bd | B | Dividend | | | Sold | 10/28/15 | K | A | |
| 22. --Pepco Holdings Inc. | A | Dividend | | | Sold | 10/28/15 | J | B | |
| 23. --AT&T Inc. | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 24. --BCE Inc. | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 25. --Kinder Morgan Energy Partners LP | | None | | | Sold | 10/28/15 | J | A | |
| 26. --Portland Gen Elec Co. | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 27. --Potash Corp of Saskatchewan | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 28. Morgan Stanley IRA#1 (assets listed below) | | | | | | | | | |
| 29. --MSDW Liquid Asset Fund | A | Int./Div. | | | Sold | 10/28/15 | J | A | |
| 30. --Pioneer Mid-Cap Fund | A | Dividend | | | Sold | 10/28/15 | K | A | |
| 31. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 32. --John Hancock Regional Bank B | A | Interest | | | Sold | 10/28/15 | K | A | |
| 33. --United VanKampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | | | Sold | 10/28/15 | J | A | |
| 34. --Fidelity Balanced Fund (see Part VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Franklin Mutual European C (x) | | None | | | Buy | 09/16/15 | K | | |
| 36. | | | | | Sold | 10/28/15 | K | A | |
| 37. --Vanguard Consumer Dsc ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 38. --Vanguard Financials ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 39. --Vanguard Small Cap ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 40. --Vanguard Mid-Cap ETF Index (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 41. --IShares S&P 500 Growth ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 42. --IShares S&P Value ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 43. --IShares Select Dividend ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 44. --Vanguard FTSE Developed Mkts E (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 45. --Vanguard FTSE Emerging Markets (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 46. --Wisdomtree Trust Japn Hedge EQ (x) | A | Distribution | J | T | Buy | 10/28/15 | J | | |
| 47. --IShares Interim Credit Bd ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 48. --Spdr Barclays Capital High Yield (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 49. --E V Adv Floating Rate I (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 50. Morgan Stanley IRA #2 (assets listed below) | | | | | | | | | |
| 51. --MSDW Liquid Asset Fund | A | Int./Div. | | | Sold | 10/28/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 53. --MSDW Global Advantage B | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 54. --Pioneer Mid-Cap Fund | A | Dividend | | | Sold | 10/28/15 | K | A | |
| 55. --John Hancock Regional Bank A | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 56. --MS Spectrum Tech | | None | | | Redeemed | 11/30/15 | J | A | |
| 57. --MS Spectrum Select | | None | | | Redeemed | 11/30/15 | J | A | |
| 58. --Fidelity Balanced Fund (see Part VIII) | A | Dividend | J | T | | | | | |
| 59. --Franklin Mutual European C (x) | | None | | | Buy | 9/16/15 | J | | |
| 60. | | | | | Sold | 10/28/15 | J | A | |
| 61. --Vanguard Consumer Dsc ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 62. --Vanguard Financials ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 63. --Vanguard Small Cap ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 64. --Vanguard Mid-Cap ETF Index (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 65. --IShares S&P Growth ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 66. --IShares S&P Value ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 67. --IShares Select Dividend ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 68. --Vanguard FTSE Developed Mkts E (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard FTSE Emerging Markets (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 70. --Wisdomtree Trust Japn Hedge EQ (x) | A | Distribution | J | T | Buy | 10/28/15 | J | | |
| 71. --IShares Interim Credit Bd ETF (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 72. --Spdr Barclays Capital High Yield (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 73. --E V Adv Floating Rate I (x) | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 74. Trust #1 (assets listed below) | | | | | | | | | |
| 75. --Wells Fargo Investors Brokerage Account (aggregate reporting) | E | Int./Div. | P1 | T | | | | | |
| 76. ----Doubleline Fds Total Return Bd Fd | | | | | | | | | |
| 77. ----Pioneer Ser Tr VI Fltg Rate Fd | | | | | | | | | |
| 78. ----Templeton Income Tr Global Bd Fd | | | | | | | | | |
| 79. ----Intel Corp. | | | | | | | | | |
| 80. ----Potash Corp. of Saskatchewan | | | | | | | | | |
| 81. ----Realty Income Corp. REIT | | | | | | | | | |
| 82. ----Teradata Corp. | | | | | | | | | |
| 83. ----Transocean Ltd. Ordinary Shares | | | | | | | | | |
| 84. Pointright Holdings, Inc. | | None | J | U | | | | | |
| 85. Rental property--Santa Clara County, CA | F | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Rental property--Placer County, CA | D | Rent | | | Sold | 09/22/15 | O | G | Chris and Amy Hillyard |
| 87. Two undeveloped lots--Placer County, CA (see part VIII) (x) | | None | M | W | Spinoff (from line 86) | 09/22/15 | M | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fogel, Jeremy D. | 06/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 17-27: The assets listed in my previous report were transferred to a brokerage account at Morgan Stanley on 10/21/15. The assets were sold by Morgan Stanley subsequent to the transfer.

2. Part VII, lines 34 and 58: The Fidelity IRA accounts listed at lines 28-31 in my previous report were transferred to IRA accounts at Morgan Stanley on 11/10/15.

3. Part VII, lines 86-87: The rental property in Placer County, CA listed at line 53 in my previous report included a residence and two adjacent undeveloped lots. The residence was sold during the reporting period, but the lots were not. No rental income is or has been derived from the lots as such.

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/02/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544